Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Nelson A. Campbell, Esq. (SBN 357579)
ncampbell@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GRC TRUST, APPEARING THROUGH JIMMY GINN;<br><br>PLAINTIFF,<br><br>V.<br><br>MELISSA JEFFERSON P/K/A LIZZO, AN INDIVIDUAL; ATLANTIC RECORDING CORPORATION, A DELAWARE CORPORATION; AND DOES 1-10,<br><br>DEFENDANTS. | Case No. 2:25-cv-10085-DSF-JC<br><br>**NOTICE OF SETTLEMENT** |

*TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:*

PLEASE TAKE NOTICE THAT a settlement in principle to resolve all claims at issue in the action has been reached. Because the parties are still in the process of finalizing the requisite long form agreement, they anticipate the filing a dismissal of this action, with prejudice, within 60 days. Accordingly, Plaintiff respectfully requests that the Court take all dates and deadlines off calendar and allow the parties 60 days to finalize and perform under the agreement. Defense counsel joins this request.

Respectfully submitted,

Date: January 9, 2026         By:    /s/ *Scott Alan Burroughs*
                                     Scott Alan Burroughs, Esq.
                                     Nelson Campbell, Esq.
                                     DONIGER / BURROUGHS
                                     Attorneys for Plaintiff