UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

------------------------------------- x
THE GRC TRUST,

                Plaintiff,

     -against-

MELISSA JEFFERSON P/K/A LIZZO, et al.,

                Defendant.

------------------------------------- x

Case No.: 2:25-cv-10085-JC

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for Plaintiff and Defendants, that all claims asserted by Plaintiff in the above captioned matter are hereby dismissed with prejudice and without costs or attorneys' fees to either party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: March 13, 2026

/s/ Cynthia S. Arato
Cynthia S. Arato
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Floor New York, New York 10036
Telephone: (212) 257-4880
carato@shapiroarato.com
*Attorney for Defendants*

Scott Alan Burroughs
Scott Alan Burroughs
DONIGER / BURROUGHS 603 Rose Avenue
Venice, CA 90291
Tel: (516) 203-7600
Email: scott@donigerlawfirm.com
*Attorneys for Plaintiff*

SO ORDERED

By: _____
      United States District Judge